UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BILL LIETZKE,

Plaintiff,

v.

CITY OF MONTGOMERY, *et al.*,

Defendants.

Case No. 3:19-cv-00570-MMD-WGC

ORDER

Plaintiff Bill Lietzke brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge William G. Cobb (ECF No. 3), recommending that the Court deny Plaintiff's *in forma pauperis* application ("IFP Application"), and dismiss this case, because he was previously declared a vexatious litigant, did not obtain leave from the Court before filing this case, venue appears improper, and jurisdiction appears lacking. Plaintiff had until December 26, 2019 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R and will dismiss this case.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v.*

*Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the Court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

While Plaintiff has failed to object to Judge Cobb's recommendation to deny Plaintiff's IFP application and dismiss this case, the Court will conduct a *de novo* review to determine whether to adopt the R&R. Judge Cobb found that Judge Mahan previously deemed Plaintiff a vexatious litigant, requiring him to obtain leave from the Chief Judge before filing any new case—but he did not do so here—so his case must be dismissed. (ECF No. 3.) Having reviewed the R&R and the Complaint, the Court agrees with Judge Cobb.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered this case is dismissed in its entirety.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 27th day of December 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2